Decided September 9, 1999

### AURIC ANSWERING SERVICE, INC. *v.* GLENAYRE ELECTRONICS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 86 (AC 17597), is denied.

*Alexander Scheirer*, in support of the petition.